Case 11-14072-FJO-7    Doc 1    Filed 11/11/11    EOD 11/11/11 12:11:57    Pg 1 of 78


B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>Southern District of Indiana | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Sapp, Richard L. Jr.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|

| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Tech Med Industries, LP; DBA Maverick Investment Corporation; DBA PMR Tech Med Industries** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
|---|---|

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**xxx-xx-0567** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
|---|---|

| Street Address of Debtor (No. & Street, City, and State):<br>**8705 Maple View Drive**<br>**Indianapolis, IN 46217**   ZIP CODE **46217-0000** | Street Address of Joint Debtor (No. & Street, City, and State):   ZIP CODE |
|---|---|

| County of Residence or of the Principal Place of Business:<br>**Marion** | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address):   ZIP CODE | Mailing Address of Joint Debtor (if different from street address):   ZIP CODE |
|---|---|

Location of Principal Assets of Business Debtor (if different from street address above):

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:**   **Chapter 11 Debtors**

- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**

- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

------------------------------------------------------
**Check all applicable boxes:**

- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

**B1 (Official Form 1) (4/10)**                                                                      **Page 2**

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Richard L. Sapp, Jr.** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)         (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☒ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

    ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

    ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

    ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

    ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

                _____
                (Name of landlord that obtained judgment)

                _____
                (Address of landlord)

    ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

    ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

    ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

**B1 (Official Form 1) (4/10)** Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Richard L. Sapp, Jr.** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor **Richard L. Sapp, Jr.**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

**Signature of Attorney\***

X _____
Signature of Attorney for Debtor(s)
**Rodger K. Hendershot 10591-49**
Printed Name of Attorney for Debtor(s)

**R.K. Hendershot, Attorney At Law**
Firm Name

**8810 Rohan Court**
**Indianapolis, IN  46278**
Address

**317-293-9780**
Telephone Number

_____
Date

\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that:  1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.  Official form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both  11 U.S.C. § 110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Southern District of Indiana

In re   **Richard L. Sapp, Jr.**

Debtor(s)

Case No.

Chapter   **7**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None

☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $0.00 | 2011 YTD: Debtor Employment |
| $0.00 | 2010: Debtor Employment |
| $75,994.12 | 2009: Debtor Employment |

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$9,064.00** | **2011 YTD: Debtor Long Term Disability (Received Monthly)** |

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Link Federal Credit Union**<br>**5212 Rockville Road**<br>**Indianapolis, IN 46224** | **8/2011, 9/2011, 10/2011**<br>**$473.26 Paid Monthly** | **$1,419.78** | **$8,514.00** |

None ■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **The Huntington National Bank Vs. Tech Med Industries, L.P., Maverick Investments Corporation, Richard L. Sapp Jr. & Emmerson Industrial Bldg. II LLC (Cause No. 49D14-1002-CC-007145)** | **Action on Debt** | **Marion County Superior Court Rm 14** | **Judgment on 7/18/2011 of $644,599.84** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Emmerson Industrial Bldg. II Vs. Tech-Med Industries LP & Richard Sapp (Cause No. 49K09-1002-SC-00837)** | **Breach of Lease Action** | **Marion County Small Claims Court Franklin Township Division** | **Judgment** |
| **Katz Sapper & Miller Vs. Maverick Investments Corporation (Cause No. 49K03-1009-SC-005206)** | **Action on Debt** | **Marion County Superior Court** | **Judgment** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

4

**8. Losses**

None

■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None

☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Rodger K. Hendershot**<br>**8810 Rohan Court**<br>**Indianapolis, IN 46278** | **9/2011** | **$2,500.00 Attorney Fees,**<br>**$306.00 Filing Fees, $50.00**<br>**Credit Counseling Fees paid.** |

**10. Other transfers**

None

☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Mary Sapp**<br>**8705 Maple View Drive**<br>**Indianapolis, IN 46217**<br>  **Wife** | **10/2010** | **Residence was held as Tenant by Entirety,**<br>**property was deeded to wife.** |

None

■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None

■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

5

---

**12. Safe deposit boxes**

None ■
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

**13. Setoffs**

None ■
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

**14. Property held for another person**

None ■
List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

---

**15. Prior address of debtor**

None ■
If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

---

**16. Spouses and Former Spouses**

None ■
If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■
a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

6

None ■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18 . Nature, location and name of business**

None ☐   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |
| 1) Maverick Investment Coporation | 35-1865870 | 5230 Park Emerson Drive #C Indianapolis, IN 46203 | Medical Equipment Repair | 1994 to 1/2010 |
| 2) Tech Med Industries, LP | 0567 | 5230 Park Emerson Drive #C Indianapolis, IN 46203 | Medical Equipment Repair | 1994 to 1/2010 |
| 3) Montana Dev LLC | 35-200616 | C/O Larry Walker 8787 Shelbyville Road Indianapolis, IN 46237 | Property Investment in Building at SR 135 (Debtor 50/50 Owner with Larry Walker) | 1996 To Present |

None ■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **C. Allen Anderson CPA**<br>**1300 W. Jefferson Street #E**<br>**Franklin, IN** | **Through Jan 2010** |

None ■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **C. Allen Anderson CPA** | **1300 W. Jefferson Street #E**<br>**Franklin, IN** |

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

**20. Inventories**

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None ☐    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **Larry Walker**<br>**8787 Shelbyville Road**<br>**Indianapolis, IN 46237** | **Owner of Montana Development, LLC** | **50%** |
| **Richard L. Sapp, Jr.**<br>**8705 Maple View Drive**<br>**Indianapolis, IN 46217** | **Owner of Montana Development LLC** | **50%** |

None □    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Tech Med Industries, LP**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | | **Partnership has ceased business as of 1/2010.** |
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | | **Corporation has ceased business as of 1/2010.** |
| **PMR Tech Med Industries, LP**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | | **Entity has ceased business as of 1/2010.** |

---

**22 . Former partners, officers, directors and shareholders**

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None ■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds.**

None ■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **November 11, 2011**                    Signature    **/s/ Richard L. Sapp, Jr.**

                                                            **Richard L. Sapp, Jr.**

                                                            Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Southern District of Indiana

In re    **Richard L. Sapp, Jr.**                                             ,     Case No. _____
                                    Debtor

                                                                            Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 170,000.00 | | |
| B - Personal Property | Yes | 3 | 184,185.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 102,893.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 12,247.82 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 18 | | 910,631.88 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 14 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 1 | | | 6,354.26 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 5,970.00 |
| Total Number of Sheets of ALL Schedules | | 44 | | | |
| Total Assets | | | 354,185.00 | | |
| Total Liabilities | | | | 1,025,772.70 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Southern District of Indiana

In re    **Richard L. Sapp, Jr.**                          ,      Case No. _____

                                         Debtor

Chapter _____ **7** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re   **Richard L. Sapp, Jr.**                     ,      Case No. _____
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Location: 8705 Maple View Drive, Indianapolis IN 46217 (3 BR, 2 BA, 1 Story ranch house w/partial basement on less than an acre, 2 Car attached garage) (Note: Residence is owned by debtor's spouse per deed.** | **Equitable interest** | **W** | **170,000.00** | **14,353.00** |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Sub-Total > | **170,000.00** | (Total of this page) |
|  | Total > | **170,000.00** |  |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re    **Richard L. Sapp, Jr.**                                             ,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | Cash on person. | H | 75.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | Household Goods at residence. Jointly owned with wife. | J | 1,500.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books, Pictures, CDs at residence. | H | 335.00 |
| 6. | Wearing apparel. | | Clothing at residence. | H | 500.00 |
| 7. | Furs and jewelry. | | Watch & Wedding Band at residence. | H | 500.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | LIfe insurance policy with Northwestern Mutual. Cash value. Wife is beneficiary. Policy issued 25 years ago. | H | 50,000.00 |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

| | | Sub-Total >   (Total of this page) | 52,910.00 |
|---|---|---|---|

 **2**    continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6B (Official Form 6B) (12/07) - Cont.

In re    **Richard L. Sapp, Jr.**
_____,    Case No. _____
                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **IRA invested with Morgan Stanley Smith Barney.** | H | 108,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | **50% Owner of Montana Dev., LLC with Larry Walker.** | H | Unknown |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >    108,000.00
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                            Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Richard L. Sapp, Jr.**                          ,        Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2004 Lexus ES 330 jointly owned with wife.  (81,000 Miles)** | J | 14,475.00 |
| | | **2002 GMC Savanna Cargo Van in debtor's name only.  (180,000 Miles)** | H | 1,800.00 |
| | | **2005 Kia Spectra jointly owned with wife.  (71,000 Miles)** | J | 7,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **(1) Cat at residence.** | J | 0.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | | |
|---|---|---|
| | Sub-Total > | 23,275.00 |
| | (Total of this page) | |
| | Total > | 184,185.00 |

Sheet   **2**   of   **2**   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

.

In re    **Richard L. Sapp, Jr.** _____ ,    Case No. _____
                                             Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)    $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)    *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Location: 8705 Maple View Drive, Indianapolis IN 46217  (3 BR, 2 BA, 1 Story ranch house w/partial basement on less than an acre, 2 Car attached garage) (Note:  Residence is owned by debtor's spouse per deed.** | Ind. Code § 34-55-10-2(c)(1) | 0.00 | 170,000.00 |
| **Cash on Hand** | | | |
| **Cash on person.** | Ind. Code § 34-55-10-2(c)(3) | 75.00 | 75.00 |
| **Household Goods and Furnishings** | | | |
| **Household Goods at residence.  Jointly owned with wife.** | Ind. Code § 34-55-10-2(c)(2) | 1,500.00 | 1,500.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Books, Pictures, CDs at residence.** | Ind. Code § 34-55-10-2(c)(2) | 335.00 | 335.00 |
| **Wearing Apparel** | | | |
| **Clothing at residence.** | Ind. Code § 34-55-10-2(c)(2) | 500.00 | 500.00 |
| **Furs and Jewelry** | | | |
| **Watch & Wedding Band at residence.** | Ind. Code § 34-55-10-2(c)(2) | 500.00 | 500.00 |
| **Interests in Insurance Policies** | | | |
| **LIfe insurance policy with Northwestern Mutual. Cash value.  Wife is beneficiary.  Policy issued 25 years ago.** | Ind. Code §§ 27-1-12-14, 27-2-5-1(c) | 50,000.00 | 50,000.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **IRA invested with Morgan Stanley Smith Barney.** | Ind. Code § 34-55-10-2(c)(6) | 108,000.00 | 108,000.00 |
| **Interests in Partnerships or Joint Ventures** | | | |
| **50% Owner of Montana Dev., LLC with Larry Walker.** | Ind. Code § 34-55-10-2(c)(3) | 350.00 | Unknown |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2004 Lexus ES 330 jointly owned with wife. (81,000 Miles)** | Ind. Code § 34-55-10-2(c)(2) | 3,015.00 | 14,475.00 |
| **2002 GMC Savanna Cargo Van in debtor's name only.  (180,000 Miles)** | Ind. Code § 34-55-10-2(c)(2) | 0.00 | 1,800.00 |
| **2005 Kia Spectra jointly owned with wife. (71,000 Miles)** | Ind. Code § 34-55-10-2(c)(2) | 3,500.00 | 7,000.00 |
| **Animals** | | | |
| **(1) Cat at residence.** | Ind. Code § 34-55-10-2(c)(2) | 0.00 | 0.00 |
| | Total: | 167,775.00 | 354,185.00 |

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Richard L. Sapp, Jr.**                                Case No. _____

                                           Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxx0276**<br><br>**Chase Bank**<br>**PO Box 9001020**<br>**Louisville, KY 40290** | | J | **2000**<br>**Home Equity Loan**<br>**Location: 8705 Maple View Drive, Indianapolis IN 46217  (3 BR, 2 BA, 1 Story ranch house w/partial basement on less than an acre, 2 Car attached garage)  (Note:  Residence is owned by debtor's spouse per deed.** | | | | | |
| | | | Value $          **170,000.00** | | | | **14,353.00** | **0.00** |
| Account No. **Unknown**<br><br>**First Merchants Bank**<br>**Trafalgar Banking Center**<br>**PO Box 792**<br>**Muncie, IN 47308** | X | H | **Loan/Business Debt**<br><br>**Location: 1150 S. SR 135, Greenwood IN (Office Building)** | | | | | |
| | | | Value $          **Unknown** | | | | **80,026.00** | **Unknown** |
| Account No. **xxxxx0-772**<br><br>**Link Federal Credit Union**<br>**5212 Rockville Road**<br>**Indianapolis, IN 46224** | | J | **12/16/2007**<br><br>**Vehicle Loan**<br><br>**2004 Lexus ES 330 jointly owned with wife.  (81,000 Miles)** | | | | | |
| | | | Value $          **14,475.00** | | | | **8,514.00** | **0.00** |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

**0**   continuation sheets attached

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | **102,893.00** | **0.00** |
| Total<br>(Report on Summary of Schedules) | **102,893.00** | **0.00** |

B6E (Official Form 6E) (4/10)

.

In re   **Richard L. Sapp, Jr.** _____ ,   Case No. _____
                                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**1**_____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **Richard L. Sapp, Jr.**                                              ,    Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. **xxxxx1059**<br><br>**Indiana Department of Revenue**<br>**100 N. Senate Ave. Rm N203**<br>**Bankruptcy**<br>**Indianapolis, IN 46204** | | H | | | | | | | 0.00 |
| | | | | | | | | 250.00 | 250.00 |
| Account No. **xxx-xx-0567**<br><br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | | H | | | | | | | 0.00 |
| | | | | | | | | 5,607.85 | 5,607.85 |
| Account No.<br><br>**Internal Revenue Service**<br>**575 N. Pennsylvania Street**<br>**Stop SB380**<br>**Indianapolis, IN 46204** | | | | | | | | **Notice Only** | |
| Account No. **xxxxx5870**<br><br>**Marion County Civil Sheriff**<br>**200 E. Washington Street #1100**<br>**Indianapolis, IN 46204** | X | H | | | | | | | 0.00 |
| | | | | | | | | 6,389.97 | 6,389.97 |
| Account No. **xxxxx5870**<br><br>**Marion County Civil Sheriff**<br>**C/O American Financial Credit**<br>**10333 N. Meridian Street #270**<br>**Indianapolis, IN 46290-1144** | X | H | | | | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |

| DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM |
|---|
| **2002**<br><br>**State Income Tax/Penalties (Liability Number 2009-02552140)** |
| **2009**<br><br>**Federal Income Taxes** |
| **Internal Revenue Service** |
| **2008 Pay 2009**<br><br>**Property Taxes on Office Building/Business Debt** |
| **2008 Pay 2009**<br><br>**(See Above Creditor)** |

Sheet  **1**  of  **1**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 12,247.82 | 12,247.82 |
| Total | 0.00 | |
| (Report on Summary of Schedules) | 12,247.82 | 12,247.82 |

B6F (Official Form 6F) (12/07)

In re    **Richard L. Sapp, Jr.**                                                                     ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx6737**<br><br>**ADT Security Systems**<br>**C/O SKO Brenner American**<br>**PO Box 9320**<br>**Baldwin, NY 11510** | X | H | Incurred Prior to 6/2010<br>Security Services/Business Debt/Collections | | | | 693.09 |
| Account No. **xxxxx5561, xxxxx6910**<br><br>**Airgas Mid America**<br>**PO Box 1117**<br>**Bowling Green, KY 42102-1117** | X | H | Incurred Prior to 1/2010<br>Supplies/Business Debt | | | | 178.95 |
| Account No. **xxx3133, xx4974**<br><br>**American Academy of Pediatrics**<br>**37925 Eagle Way**<br>**Chicago, IL 60678-1379** | X | H | Incurred Prior to 5/2009<br>Supplies/Business Debt | | | | 1,513.00 |
| Account No. **xxxxxxxxxxxxx0USD**<br><br>**American Express**<br>**C/O NCO Financial Systems, Inc.**<br>**507 Prudential Road**<br>**Horsham, PA 19044** | X | H | Incurred Prior to 1/2010<br>Revolving Charges - Purchases of Goods, Services & Cash Advances/Business Debt | | | | 19,249.43 |

__17__   continuation sheets attached

Subtotal
(Total of this page)

21,634.47

B6F (Official Form 6F) (12/07) - Cont.

In re   **Richard L. Sapp, Jr.** _____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxxx0USD**<br><br>**American Express**<br>**C/O NCO Financial Systems, Inc.**<br>**PO Box 15773**<br>**Wilmington, DE 19850** | X | H | **Incurred Prior to 1/2010**<br>**(See Above Creditor)** | | | | 0.00 |
| Account No. **xxxx8105**<br><br>**AT&T**<br>**C/O First Revenue Assurance**<br>**PO Box 5818**<br>**Denver, CO 80217** | X | H | **Incurred Prior to 6/2010**<br>**Cell Phone Services/Collections/Business Debt** | | | | 1,456.80 |
| Account No. **xxx-xxx-xxxx-317-7**<br><br>**AT&T**<br>**PO Box 8100**<br>**Aurora, IL 60507-8100** | X | H | **Incurred Prior to 5/2010**<br>**Phone Services/Business Debt** | | | | 3,254.89 |
| Account No. **xxxx4545**<br><br>**B Braun Medical**<br>**PO Box 512382**<br>**Philadelphia, PA 19175-2382** | X | H | **Incurred Prior to 6/2009**<br>**Supplies/Business Debt/Collections** | | | | 10,633.65 |
| Account No. **xxxx4545**<br><br>**B Braun Medical**<br>**C/O Rubin & Levin, P.C.**<br>**342 Massachusetts Ave #500**<br>**Indianapolis, IN 46204-2161** | X | H | **Incurred Prior to 6/2009**<br>**(See Above Creditor)** | | | | 0.00 |

Sheet no. __1__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**15,345.34**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Richard L. Sapp, Jr.**                                      ,        Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-6376**<br><br>**Bank of America**<br>**PO Box 851001**<br>**Dallas, TX 75285** | | H | **Incurred Prior to 3/2011**<br>**Revolving Charges - Purchases of Goods,**<br>**Services & Cash Advances/Collections** | | | | **13,506.94** |
| Account No. **xxxxxxx6446**<br><br>**Cach, LLC/MBNA America**<br>**C/O Law Office of David Dufek**<br>**2655 Camino Del Rio North #110**<br>**San Diego, CA 92108** | X | H | **Incurred Prior to 6/2010**<br>**Revolving Charges - Purchases of Goods,**<br>**Services & Cash Advances/Business Debt** | | | | **7,904.70** |
| Account No. **x9698**<br><br>**Cardiac Science**<br>**PO Box 120587, Dept 0587**<br>**Dallas, TX 75312-0587** | X | H | **Incurred Prior to 10/2009**<br>**Supplies/Business Debt/Collections** | | | | **2,230.50** |
| Account No. **x9698**<br><br>**Cardiac Science**<br>**C/O Industrial Credit Service**<br>**PO Box 4149**<br>**Bellevue, WA 98009** | X | H | **Incurred Prior to 10/2009**<br>**(See Above Creditor)** | | | | **0.00** |
| Account No. **xx1852**<br><br>**CareFusion**<br>**17400 Medina Road #100**<br>**Plymouth, MN 55447** | X | H | **Incurred Prior to 1/2010**<br>**Supplies/Business Debt** | | | | **2,263.68** |

Sheet no. __2__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**25,905.82**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Richard L. Sapp, Jr.**                                                                    , Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx-xxxx-xxxx-7843<br><br>**Chase**<br>**Cardmember Services**<br>**PO Box 94014**<br>**Palatine, IL 60094-4014** | | H | Incurred Prior to 1/2011<br>Revolving Charges - Purchases of Goods, Services & Cash Advances/Collections | | | | 7,884.46 |
| Account No. xxxx-xxxx-xxxx-7843<br><br>**Chase**<br>**C/O UTD Collection Bureau**<br>**PO Box 1418**<br>**Maumee, OH 43537** | | H | Incurred Prior to 1/2011<br>(See Above Creditor) | | | | 0.00 |
| Account No. xxxx-xxxx-xxxx-7843<br><br>**Chase**<br>**C/O Nationwide Credit**<br>**2002 Summit Blvd. #600**<br>**Atlanta, GA 30319-1559** | | H | Incurred Prior to 1/2011<br>(See Above Creditor) | | | | 0.00 |
| Account No. xxxxxx-xx7236<br><br>**Citizens Gas**<br>**PO Box 7056**<br>**Indianapolis, IN 46207** | X | H | Incurred Prior to 3/2010<br>Utility Services/Business Debt | | | | 100.35 |
| Account No. xxxxxxxx32-00<br><br>**Companion Property & Casualty**<br>**C/O Allied Interstate**<br>**12655 N. Central Expressway**<br>**Dallas, TX 75243** | X | H | Incurred Prior to 1/2010<br>Insurance Services/Collections/Business Debt | | | | 103.00 |

| | | |
|---|---|---|
| Sheet no. __3__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 8,087.81 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Richard L. Sapp, Jr.** _____ ,     Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxC001**<br><br>**Criticare Systems, Inc.**<br>**Lockbox #774498**<br>**4498 Solutions Center**<br>**Chicago, IL 60677-4004** | X | H | Incurred Prior to 1/2010<br>Supplies/Business Debt | | | | **896.44** |
| Account No. **xxxxxxx-xxx/xxxx7911**<br><br>**Dell Preferred Account**<br>**Payment Processing Center**<br>**PO Box 5292**<br>**Carol Stream, IL 60197** | X | H | Incurred Prior to 6/2010<br>Computer Services/Business Debt | | | | **468.18** |
| Account No. **xxxxxxxxxxxxxxx9949**<br><br>**Dell Preferred Account**<br>**Payment Processing Center**<br>**PO Box 5292**<br>**Carol Stream, IL 60197** | X | H | Incurred Prior to 1/2011<br>Computer Services/Business Debt | | | | **6,332.93** |
| Account No. **x4920**<br><br>**Dukal Corp**<br>**Chase Lock Box 035665**<br>**Newark, NJ 07193** | X | H | Incurred Prior to 7/2009<br>Supplies/Business Debt | | | | **562.17** |
| Account No. **xxxxx2-031**<br><br>**Dynovex Corp.**<br>**10 Glenshaw Street**<br>**Orangeburg, NY 10962** | X | H | Incurred Prior to 1/2010<br>Supplies/Business Debt/Collections | | | | **2,199.95** |

Sheet no. __4__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**10,459.67**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Richard L. Sapp, Jr.**                                            ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx2-031**<br><br>Dynovex Corp.<br>C/O Thomas George Assoc. Ltd.<br>PO Box 30<br>East Northport, NY 11731-0030 | X | H | Incurred Prior to 1/2010<br>(See Above Creditor) | | | | 0.00 |
| Account No. **x9743**<br><br>Elsevier Inc.<br>C/O Allen Maxwell & Silver<br>190 Sylvan Avenue<br>Englewood Cliffs, NJ 07632 | X | H | Incurred Prior to 1/2010<br>Supplies/Business Debt/Collections | | | | 3,000.00 |
| Account No. **xxxxx-xxxx-xx-x0837**<br><br>Emerson Industrial Bldg II<br>5602 Elmwood Avenue #205<br>Indianapolis, IN 46203 | X | H | Incurred Prior to 1/2011<br>Commercial Lease of Business Location/Business Debt/Lawsuit | | | | Unknown |
| Account No. **xxxx-xxxx-xxxx-2795**<br><br>FIA Card Services<br>Payment Processing Center<br>PO Box 15137<br>Wilmington, DE 19850 | | H | Incurred Prior to 8/2010<br>Revolving Charges - Purchases of Goods, Services & Cash Advances | | | | Unknown |
| Account No. **xxxx-xxxx-xxxx-0797**<br><br>FIA Card Services<br>Payment Processing Center<br>PO Box 15137<br>Wilmington, DE 19850 | | H | Incurred Prior to 8/2010<br>Revolving Charges - Purchases of Goods, Services & Cash Advances | | | | 13,000.00 |

Sheet no. **5** of **17** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **16,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Richard L. Sapp, Jr.**                                      ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-6145-** <br><br> **FIA Card Services** <br> **C/O Encore Management** <br> **PO Box 3330** <br> **Olathe, KS 66063-3330** | | H | **Incurred Prior to 3/2011** <br> **(See Above Creditor)** | | | | **0.00** |
| Account No. **xxxxxx xx 2795** <br><br> **FIA Card Services** <br> **Payment Processing Center** <br> **PO Box 15137** <br> **Wilmington, DE 19850** | | H | **8/2010** <br> **Incurred Prior to 8/2010** <br> **Revolving Charges - Purchases of Goods, Services & Cash Advances** | | | | **Unknown** |
| Account No. **xx2950** <br><br> **Freedom Medical** <br> **C/O Allen Maxwell & Silver** <br> **190 Sylvan Avenue** <br> **Englewood Cliffs, NJ 07632** | X | H | **Incurred Prior to 1/2010** <br> **Supplies/Business Debt/Collections** | | | | **10,764.55** |
| Account No. **xx3910** <br><br> **Gemini Insurance Co.** <br> **475 Steamboat Road** <br> **Greenwich, CT 06830** | X | H | **Incurred Prior to 6/2010** <br> **Insurance Services/Business Debt/Collections** | | | | **13,000.00** |
| Account No. **xx3910** <br><br> **Gemini Insurance Co.** <br> **C/O Brennan & Clark Ltd.** <br> **721 E. Madison #200** <br> **Villa Park, IL 60181** | X | H | **Incurred Prior to 6/2010** <br> **(See Above Creditor)** | | | | **0.00** |

Sheet no. __6__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**23,764.55**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Richard L. Sapp, Jr.** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx4167** <br><br> Henry Schein <br> 135 Duryea Road <br> Melville, NY 11747 | X | H | | Incurred Prior to 1/2007 <br> Supplies & Services/Business Debt | | | | 616.71 |
| Account No. **xxx5436** <br><br> HP Products <br> 4220 Saguaro Trail <br> Indianapolis, IN 46268 | X | H | | Incurred Prior to 1/2010 <br> Supplies/Business Debt | | | | 764.37 |
| Account No. **xxxxxxx5999** <br><br> Huntington Merchant Services <br> 5251 Westheimer Road 6th Floor <br> Houston, TX 77056 | X | H | | Incurred Prior to 7/2010 <br> Revolving Charges - Purchases of Goods, Services & Cash Advances/Business Debt | | | | 554.92 |
| Account No. **xxx2001** <br><br> Impact Instrumentation Inc. <br> 27 Fairfield Road <br> Caldwell, NJ 07006 | X | H | | Incurred Prior to 3/2010 <br> Supplies/Business Debt | | | | 1,084.50 |
| Account No. **xxxxxxxx185-0** <br><br> Indiana Chamber of Commerce <br> 115 W. Washington Street #850 South <br> Indianapolis, IN 46204 | X | H | | Incurred Prior to 1/2010 <br> Services/Business Debt | | | | 56.66 |

Sheet no. _**7**_ of _**17**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **3,077.16**

B6F (Official Form 6F) (12/07) - Cont.

In re      **Richard L. Sapp, Jr.**                                      ,          Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx & xx8028**<br><br>**Indianapolis Power & Light**<br>**PO Box 110**<br>**Indianapolis, IN 46206-0110** | X | H | **Incurred Prior to 6/2010**<br>**Utility Services/Business Debt** | | | | **1,642.78** |
| Account No. **xxxx0002**<br><br>**Insource, Inc.**<br>**80 Summit View Lane**<br>**Bastian, VA 24314** | X | H | **Incurred Prior to 1/2010**<br>**Supplies & Services/Business Debt/Collections** | | | | **47,233.38** |
| Account No. **xxxx0002**<br><br>**Insource, Inc.**<br>**C/O Juliana G. Robertson**<br>**7915 S. Emerson Avenue #B-230**<br>**Indianapolis, IN 46237** | X | H | **Incurred Prior to 1/2010**<br>**(See Above Creditor)** | | | | **0.00** |
| Account No. **xxxxxx9550**<br><br>**John Hancock**<br>**601 Congress Street**<br>**Boston, MA 02210** | X | H | **Incurred Prior to 1/2010**<br>**Administrative Charges of Retirement Account/Business Debt** | | | | **4,601.28** |
| Account No. **xx010.0**<br><br>**Katz, Sapper & Miller**<br>**PO Box 7096, Dept 235**<br>**Indianapolis, IN 46206-7096** | X | H | **Incurred Prior to 1/2010**<br>**Services/Business Debt** | | | | **1,767.30** |

Sheet no. __8__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **55,244.74**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Richard L. Sapp, Jr.**                               ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx/xx6908**<br><br>**Konica Minolta**<br>**PO Box 550559**<br>**Jacksonville, FL 32255-0599** | X | H | **Incurred Prior to 1/2011**<br>**Copier Services/Collections** | | | | 409.84 |
| Account No. **x6887**<br><br>**Labsco**<br>**250 Ottawa Avenue**<br>**Louisville, KY 40209** | X | H | **Incurred Prior to 1/2010**<br>**Services/Business Debt** | | | | 131.14 |
| Account No. **N/A**<br><br>**Larry Walker**<br>**8787 Shelbyville Road**<br>**Indianapolis, IN 46237** | X | H | **Incurred Prior to 10/2011**<br>**Liabilities regarding Montana Dev LLC as 50%**<br>**Co-Owner/Business Debt** | | | | **Unknown** |
| Account No. **xx-xxxx6000**<br><br>**Mada Medical Products & Subsidary**<br>**C/O Avadanian & Adler**<br>**6001 Broken Sound Pkwy NW #404**<br>**Boca Raton, FL 33487-2754** | X | H | **Incurred Prior to 1/2010**<br>**Supplies/Business Debt/Collections** | | | | 1,483.78 |
| Account No. **xxxx5352**<br><br>**Mail Finance**<br>**478 Wheelers Farms Road**<br>**Milford, CT 06461** | X | H | **Incurred Prior to 4/2010**<br>**Postage Machine Lease/Business Debt** | | | | 1,944.93 |

Sheet no. __9__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **3,969.69**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Richard L. Sapp, Jr.** _____,   Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx6855** <br><br> **Mallinckrodt** <br> **675 McDonnell Blvd.** <br> **Saint Louis, MO 63134** | X | H | | **Incurred Prior to 1/2010** <br> **Supplies/Business Debt/Collections** | | | | **3,506.08** |
| Account No. **xxxx6855** <br><br> **Mallinckrodt** <br> **C/O CBF Commercial Collections** <br> **PO Box 901519** <br> **Kansas City, MO 69190-1510** | X | H | | **Incurred Prior to 1/2010** <br> **(See Above Creditor)** | | | | **0.00** |
| Account No. **xxxxx4198** <br><br> **Marion County Treasurer** <br> **C/O American Financial Credit** <br> **10333 N. Meridian Street #270** <br> **Indianapolis, IN 46290-1144** | X | H | | **Incurred Prior to 2009** <br> **Personal Property Tax Judgment/Business Debt** | | | | **1,000.87** |
| Account No. **x-xx2MUW** <br><br> **McAfee** <br> **PO Box 60157** <br> **Los Angeles, CA 90060-0157** | X | H | | **Incurred Prior to 7/2010** <br> **Security Services/Business Debt** | | | | **800.00** |
| Account No. **xxxxxxx21-FB** <br><br> **Med-Tech Resource Inc.** <br> **C/O RMS** <br> **PO Box 509** <br> **Richfield, OH 44286** | X | H | | **Incurred Prior to 1/2010** <br> **(See Below Creditor)** | | | | **0.00** |

Sheet no. __**10**__ of __**17**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,306.95**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Richard L. Sapp, Jr.** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx21-FB**<br><br>Med-Tech Resource, Inc.<br>29485 Airport Road<br>Eugene, OR 97402 | X | H | Incurred Prior to 1/2010<br>Supplies/Business Debt/Collections | | | | 6,476.35 |
| Account No. **xx6925**<br><br>Microtek Medical<br>PO Box 911633 File #4033P<br>Dallas, TX 75391-1633 | X | H | Incurred Prior to 1/2010<br>Supplies/Business Debt | | | | 92.60 |
| Account No. **xxx6326**<br><br>Moore Medical<br>PO Box 4066<br>Farmington, CT 06032-4066 | X | H | Incurred Prior to 12/2009<br>Supplies/Business Debt | | | | 3,026.84 |
| Account No. **xxxxx0603**<br><br>Morrison Medical<br>3735 Paragon Drive<br>Columbus, OH 43228 | X | H | Incurred Prior to 3/2010<br>Supplies/Business Debt | | | | 79.38 |
| Account No. **xxxxxxxxxxx9666**<br><br>Neopost Leasing<br>PO Box 30193<br>Tampa, FL 33630-3193 | X | H | Incurred Prior to 6/2010<br>Postal Machine Charges/Business Debt/Collections | | | | 1,700.55 |

Sheet no. __11__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,375.72

B6F (Official Form 6F) (12/07) - Cont.

In re    **Richard L. Sapp, Jr.**                                                     ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx9666**<br><br>**Neopost Leasing**<br>**PO Box 45840**<br>**San Francisco, CA 94145-0840** | X | H | **Incurred Prior to 6/2010**<br>**(See Above Creditor)** | | | | **0.00** |
| Account No. **xxxx-xxxx-xxxx-0408**<br><br>**Office Depot Credit Plan**<br>**PO Box 689020**<br>**Des Moines, IA 50368-9020** | X | H | **Incurred Prior to 3/2010**<br>**Supplies/Business Debt/Collections** | | | | **4,061.21** |
| Account No. **xxxx-xxxx-xxxx-0408**<br><br>**Office Depot Credit Plan**<br>**C/O Pro Consulting Services**<br>**PO Box 66510**<br>**Houston, TX 77266-6510** | X | H | **Incurred Prior to 3/2010**<br>**(See Above Creditor)** | | | | **0.00** |
| Account No. **xxxxxxx4151**<br><br>**Old Dominion Freight Line Inc.**<br>**3915 W. Morris Street**<br>**Indianapolis, IN 46241** | X | H | **Incurred Prior to 1/2010**<br>**Shipping Services/Business Debt/Collections** | | | | **857.56** |
| Account No. **xxxxxxx4151**<br><br>**Old Dominion Freight Line Inc.**<br>**C/O McCarthy, Burgess, Wolff**<br>**26000 Cannon Road**<br>**Cleveland, OH 44146** | X | H | **Incurred Prior to 1/2010**<br>**(See Above Creditor)** | | | | **0.00** |

Sheet no. __**12**__ of __**17**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **4,918.77**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Richard L. Sapp, Jr.**                                              ,    Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx7625**<br><br>**Pelican Products**<br>**23215 Early Avenue**<br>**Torrance, CA 90505** | X | H | Incurred Prior to 3/2010<br>Supplies/Business Debt/Collections | | | | 1,220.65 |
| Account No. **xxx7625**<br><br>**Pelican Products**<br>**C/O Caine & Weber**<br>**PO Box 5010**<br>**Woodland Hills, CA 91365-5010** | X | H | Incurred Prior to 3/2010<br>(See Above Creditor) | | | | 0.00 |
| Account No. **xxxx6016**<br><br>**Physio-Control, Inc.**<br>**11811 Willows Road NE**<br>**Redmond, WA 98052** | X | H | Incurred Prior to 6/2010<br>Supplies/Business Debt/Collections | | | | 29,063.82 |
| Account No. **xxxx6016**<br><br>**Physio-Control, Inc.**<br>**C/O Rubin & Levin, P.C.**<br>**342 Massachusetts Ave #500**<br>**Indianapolis, IN 46204-2161** | X | H | Incurred Prior to 6/2010<br>(See Above Creditor) | | | | 0.00 |
| Account No. **xxx0407**<br><br>**Post Medical Inc.**<br>**908 Victoria Landing Drive**<br>**Woodstock, GA 30189** | X | H | Incurred Prior to 6/2009<br>Supplies/Business Debt | | | | 72.24 |

Sheet no. **13** of **17** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

30,356.71

B6F (Official Form 6F) (12/07) - Cont.

In re    **Richard L. Sapp, Jr.**                                          ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx5881**<br><br>**Progressive Medical Inc.**<br>**2460 Ash Street**<br>**Vista, CA 92081** | X | H | **Incurred Prior to 1/2010**<br>**Supplies/Business Debt/Collections** | | | | 10,907.50 |
| Account No. **xx5881**<br><br>**Progressive Medical Inc.**<br>**C/O Commercial Recovery Services**<br>**PO Box 59104**<br>**Dallas, TX 75229** | X | H | **Incurred Prior to 1/2010**<br>**(See Above Creditor)** | | | | 0.00 |
| Account No. **xxxx-xxxx-xxxx-1233**<br><br>**Regions**<br>**FIA Card Services**<br>**PO Box 15710**<br>**Wilmington, DE 19886-5710** | | H | **Incurred Prior to 3/2011**<br>**Revolving Charges - Purchases of Goods, Services & Cash Advances** | | | | 13,116.00 |
| Account No. **xxxxxx3610**<br><br>**Regions Bank**<br>**C/O NCO Financial Systems, Inc.**<br>**PO Box 15630, Dept 99**<br>**Wilmington, DE 19850** | X | H | **Incurred Prior to 6/2010**<br>**Bank Fees/Business Debt/Collections** | | | | 52.09 |
| Account No. **x0408**<br><br>**Repo-Med Systems, Inc.**<br>**24 Carpenter Road**<br>**Chester, NY 10918** | X | H | **Incurred Prior to 2/2010**<br>**Supplies/Business Debt** | | | | 218.40 |

Sheet no. __**14**__ of __**17**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    24,293.99

B6F (Official Form 6F) (12/07) - Cont.

In re   **Richard L. Sapp, Jr.**                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx6554**<br><br>**Sam Medical Products**<br>**PO Box 3270**<br>**Tualatin, OR 97062** | X | H | **Incurred Prior to 10/2009**<br>**Supplies/Business Debt** | | | | 962.88 |
| Account No. **Unknown**<br><br>**Smith Works Medical Inc.**<br>**PO Box 905**<br>**Lindale, TX 75771** | X | H | **Incurred Prior to 3/2010**<br>**Supplies/Business Debt** | | | | 373.41 |
| Account No. **x3888**<br><br>**Smith's Medical ASD, Inc.**<br>**PO Box 7247-7784**<br>**Philadelphia, PA 19170-7784** | X | H | **Incurred Prior to 9/2009**<br>**Supplies/Business Debt** | | | | 495.16 |
| Account No. **Unknown**<br><br>**Southern Scavenger**<br>**4467 W. County Line Road**<br>**Greenwood, IN 46142** | X | H | **Incurred Prior to 4/2010**<br>**Trash Services/Business Debt/Collections** | | | | 171.17 |
| Account No. **Unknown**<br><br>**Southern Scavenger**<br>**C/O General Credit Services**<br>**PO Box 749**<br>**Carmel, IN 46032-0749** | X | H | **Incurred Prior to 4/2010**<br>**(See Above Creditor)** | | | | 0.00 |

Sheet no. __15__ of __17__ sheets attached to Schedule of                 Subtotal
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)         2,002.62

B6F (Official Form 6F) (12/07) - Cont.

In re    **Richard L. Sapp, Jr.**                                              ,      Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx2011**<br><br>**System One International**<br>**7509 Yardley Way**<br>**Tampa, FL 33647** | X | H | | **Incurred Prior to 1/2010**<br>**Supplies/Business Debt/Collections** | | | | 169.26 |
| Account No. **xxxx2011**<br><br>**System One International**<br>**C/O Action Debt Recovery**<br>**PO Box 16725**<br>**Tampa, FL 33687-6725** | X | H | | **Incurred Prior to 1/2010**<br>**(See Above Creditor)** | | | | 0.00 |
| Account No. **xxxxx-xxxx-xx-xx7145**<br><br>**The Huntington National Bank**<br>**C/O Bose, McKinney & Evans**<br>**111 Monument Circle #2700**<br>**Indianapolis, IN 46204** | X | H | | **Incurred Prior to 7/18/2011**<br>**Loan/Business Debt/Lawsuit** | | | | 644,599.84 |
| Account No. **xMR01**<br><br>**TW Medical**<br>**3610 Lohman Ford Road**<br>**Lago Vista, TX 78645** | X | H | | **Incurred Prior to 9/2009**<br>**Supplies/Business Debt** | | | | 2,735.50 |
| Account No. **Unknown**<br><br>**Vermed Inc.**<br>**9 Lovell Drive**<br>**Bellows Falls, VT 05101** | X | H | | **Incurred Prior to 10/2010**<br>**Supplies/Business Debt/Collections** | | | | 338.00 |

Sheet no. __16__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

647,842.60

B6F (Official Form 6F) (12/07) - Cont.

In re   **Richard L. Sapp, Jr.**                                ,      Case No. _____

                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Unknown**<br><br>**Vermed Inc.**<br>**C/O Utd. Fidelity**<br>**3699 NE Renar Avenue**<br>**Jensen Beach, FL 34957** | - | | **Incurred Prior to 10/2010**<br>**(See Above Creditor)** | | | | **0.00** |
| Account No. **xx3315**<br><br>**Virtuoso Sourcing Group**<br>**PO Box 5818**<br>**Denver, CO 80217-5818** | X | H | **Incurred Prior to 3/2010**<br>**Supplies/Business Debt** | | | | **1,045.27** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __17__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | | **1,045.27** |
| Total<br>(Report on Summary of Schedules) | | **910,631.88** |

B6G (Official Form 6G) (12/07)

In re    **Richard L. Sapp, Jr.**
_____ ,    Case No. _____
                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re  **Richard L. Sapp, Jr.**                                                                          ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Larry Walker**<br>**8787 Shelbyville Road**<br>**Indianapolis, IN 46237** | **First Merchants Bank**<br>**Trafalgar Banking Center**<br>**PO Box 792**<br>**Muncie, IN 47308** |
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Marion County Civil Sheriff**<br>**200 E. Washington Street #1100**<br>**Indianapolis, IN 46204** |
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Marion County Civil Sheriff**<br>**C/O American Financial Credit**<br>**10333 N. Meridian Street #270**<br>**Indianapolis, IN 46290-1144** |
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **The Huntington National Bank**<br>**C/O Bose, McKinney & Evans**<br>**111 Monument Circle #2700**<br>**Indianapolis, IN 46204** |
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Marion County Treasurer**<br>**C/O American Financial Credit**<br>**10333 N. Meridian Street #270**<br>**Indianapolis, IN 46290-1144** |
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Regions Bank**<br>**C/O NCO Financial Systems, Inc.**<br>**PO Box 15630, Dept 99**<br>**Wilmington, DE 19850** |
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Dell Preferred Account**<br>**Payment Processing Center**<br>**PO Box 5292**<br>**Carol Stream, IL 60197** |
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Dell Preferred Account**<br>**Payment Processing Center**<br>**PO Box 5292**<br>**Carol Stream, IL 60197** |
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **AT&T**<br>**C/O First Revenue Assurance**<br>**PO Box 5818**<br>**Denver, CO 80217** |
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **AT&T**<br>**PO Box 8100**<br>**Aurora, IL 60507-8100** |

**13**

____ continuation sheets attached to Schedule of Codebtors

In re    **Richard L. Sapp, Jr.**                                    ,    Case No. _____
                                                 Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Mada Medical Products & Subsidary**<br>**C/O Avadanian & Adler**<br>**6001 Broken Sound Pkwy NW #404**<br>**Boca Raton, FL 33487-2754** |
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **B Braun Medical**<br>**PO Box 512382**<br>**Philadelphia, PA 19175-2382** |
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **B Braun Medical**<br>**C/O Rubin & Levin, P.C.**<br>**342 Massachusetts Ave #500**<br>**Indianapolis, IN 46204-2161** |
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Gemini Insurance Co.**<br>**475 Steamboat Road**<br>**Greenwich, CT 06830** |
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Gemini Insurance Co.**<br>**C/O Brennan & Clark Ltd.**<br>**721 E. Madison #200**<br>**Villa Park, IL 60181** |
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Cardiac Science**<br>**PO Box 120587, Dept 0587**<br>**Dallas, TX 75312-0587** |
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Cardiac Science**<br>**C/O Industrial Credit Service**<br>**PO Box 4149**<br>**Bellevue, WA 98009** |
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **CareFusion**<br>**17400 Medina Road #100**<br>**Plymouth, MN 55447** |
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Mallinckrodt**<br>**675 McDonnell Blvd.**<br>**Saint Louis, MO 63134** |
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Mallinckrodt**<br>**C/O CBF Commercial Collections**<br>**PO Box 901519**<br>**Kansas City, MO 69190-1510** |
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Citizens Gas**<br>**PO Box 7056**<br>**Indianapolis, IN 46207** |
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Progressive Medical Inc.**<br>**2460 Ash Street**<br>**Vista, CA 92081** |

Sheet __1__ of __13__ continuation sheets attached to the Schedule of Codebtors

In re   **Richard L. Sapp, Jr.**                               ,       Case No. _____

                                       Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Progressive Medical Inc.**<br>**C/O Commercial Recovery Services**<br>**PO Box 59104**<br>**Dallas, TX 75229** |
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Criticare Systems, Inc.**<br>**Lockbox #774498**<br>**4498 Solutions Center**<br>**Chicago, IL 60677-4004** |
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Dukal Corp**<br>**Chase Lock Box 035665**<br>**Newark, NJ 07193** |
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Dynovex Corp.**<br>**10 Glenshaw Street**<br>**Orangeburg, NY 10962** |
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Dynovex Corp.**<br>**C/O Thomas George Assoc. Ltd.**<br>**PO Box 30**<br>**East Northport, NY 11731-0030** |
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Southern Scavenger**<br>**4467 W. County Line Road**<br>**Greenwood, IN 46142** |
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Southern Scavenger**<br>**C/O General Credit Services**<br>**PO Box 749**<br>**Carmel, IN 46032-0749** |
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **John Hancock**<br>**601 Congress Street**<br>**Boston, MA 02210** |
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **HP Products**<br>**4220 Saguaro Trail**<br>**Indianapolis, IN 46268** |
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Impact Instrumentation Inc.**<br>**27 Fairfield Road**<br>**Caldwell, NJ 07006** |
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Indianapolis Power & Light**<br>**PO Box 110**<br>**Indianapolis, IN 46206-0110** |
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Indiana Chamber of Commerce**<br>**115 W. Washington Street #850 South**<br>**Indianapolis, IN 46204** |

Sheet  **2**  of  **13**  continuation sheets attached to the Schedule of Codebtors

In re    **Richard L. Sapp, Jr.** _____ ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Insource, Inc.**<br>**80 Summit View Lane**<br>**Bastian, VA 24314** |
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Insource, Inc.**<br>**C/O Juliana G. Robertson**<br>**7915 S. Emerson Avenue #B-230**<br>**Indianapolis, IN 46237** |
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Katz, Sapper & Miller**<br>**PO Box 7096, Dept 235**<br>**Indianapolis, IN 46206-7096** |
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Konica Minolta**<br>**PO Box 550559**<br>**Jacksonville, FL 32255-0599** |
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Labsco**<br>**250 Ottawa Avenue**<br>**Louisville, KY 40209** |
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Mail Finance**<br>**478 Wheelers Farms Road**<br>**Milford, CT 06461** |
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **McAfee**<br>**PO Box 60157**<br>**Los Angeles, CA 90060-0157** |
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Airgas Mid America**<br>**PO Box 1117**<br>**Bowling Green, KY 42102-1117** |
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **American Academy of Pediatrics**<br>**37925 Eagle Way**<br>**Chicago, IL 60678-1379** |
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **American Express**<br>**C/O NCO Financial Systems, Inc.**<br>**507 Prudential Road**<br>**Horsham, PA 19044** |
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **American Express**<br>**C/O NCO Financial Systems, Inc.**<br>**PO Box 15773**<br>**Wilmington, DE 19850** |
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Cach, LLC/MBNA America**<br>**C/O Law Office of David Dufek**<br>**2655 Camino Del Rio North #110**<br>**San Diego, CA 92108** |

Sheet __3__ of __13__ continuation sheets attached to the Schedule of Codebtors

In re    **Richard L. Sapp, Jr.**                            ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Companion Property & Casualty**<br>**C/O Allied Interstate**<br>**12655 N. Central Expressway**<br>**Dallas, TX 75243** |
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Elsevier Inc.**<br>**C/O Allen Maxwell & Silver**<br>**190 Sylvan Avenue**<br>**Englewood Cliffs, NJ 07632** |
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Emerson Industrial Bldg II**<br>**5602 Elmwood Avenue #205**<br>**Indianapolis, IN 46203** |
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Freedom Medical**<br>**C/O Allen Maxwell & Silver**<br>**190 Sylvan Avenue**<br>**Englewood Cliffs, NJ 07632** |
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Huntington Merchant Services**<br>**5251 Westheimer Road 6th Floor**<br>**Houston, TX 77056** |
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **System One International**<br>**7509 Yardley Way**<br>**Tampa, FL 33647** |
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **System One International**<br>**C/O Action Debt Recovery**<br>**PO Box 16725**<br>**Tampa, FL 33687-6725** |
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Med-Tech Resource, Inc.**<br>**29485 Airport Road**<br>**Eugene, OR 97402** |
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Med-Tech Resource Inc.**<br>**C/O RMS**<br>**PO Box 509**<br>**Richfield, OH 44286** |
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Microtek Medical**<br>**PO Box 911633 File #4033P**<br>**Dallas, TX 75391-1633** |
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Moore Medical**<br>**PO Box 4066**<br>**Farmington, CT 06032-4066** |
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Morrison Medical**<br>**3735 Paragon Drive**<br>**Columbus, OH 43228** |

Sheet   **4**   of   **13**   continuation sheets attached to the Schedule of Codebtors

In re   **Richard L. Sapp, Jr.**                                                    Case No. _____

_____,

                                        Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Neopost Leasing**<br>**PO Box 30193**<br>**Tampa, FL 33630-3193** |
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Neopost Leasing**<br>**PO Box 45840**<br>**San Francisco, CA 94145-0840** |
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Office Depot Credit Plan**<br>**PO Box 689020**<br>**Des Moines, IA 50368-9020** |
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Office Depot Credit Plan**<br>**C/O Pro Consulting Services**<br>**PO Box 66510**<br>**Houston, TX 77266-6510** |
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Old Dominion Freight Line Inc.**<br>**3915 W. Morris Street**<br>**Indianapolis, IN 46241** |
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Old Dominion Freight Line Inc.**<br>**C/O McCarthy, Burgess, Wolff**<br>**26000 Cannon Road**<br>**Cleveland, OH 44146** |
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Pelican Products**<br>**23215 Early Avenue**<br>**Torrance, CA 90505** |
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Pelican Products**<br>**C/O Caine & Weber**<br>**PO Box 5010**<br>**Woodland Hills, CA 91365-5010** |
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Post Medical Inc.**<br>**908 Victoria Landing Drive**<br>**Woodstock, GA 30189** |
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Repo-Med Systems, Inc.**<br>**24 Carpenter Road**<br>**Chester, NY 10918** |
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Physio-Control, Inc.**<br>**11811 Willows Road NE**<br>**Redmond, WA 98052** |
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Physio-Control, Inc.**<br>**C/O Rubin & Levin, P.C.**<br>**342 Massachusetts Ave #500**<br>**Indianapolis, IN 46204-2161** |

Sheet __**5**__ of __**13**__ continuation sheets attached to the Schedule of Codebtors

In re   **Richard L. Sapp, Jr.**             ,   Case No. _____

                                         Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Sam Medical Products**<br>**PO Box 3270**<br>**Tualatin, OR 97062** |
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Henry Schein**<br>**135 Duryea Road**<br>**Melville, NY 11747** |
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **ADT Security Systems**<br>**C/O SKO Brenner American**<br>**PO Box 9320**<br>**Baldwin, NY 11510** |
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Smith Works Medical Inc.**<br>**PO Box 905**<br>**Lindale, TX 75771** |
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Smith's Medical ASD, Inc.**<br>**PO Box 7247-7784**<br>**Philadelphia, PA 19170-7784** |
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **TW Medical**<br>**3610 Lohman Ford Road**<br>**Lago Vista, TX 78645** |
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Vermed Inc.**<br>**9 Lovell Drive**<br>**Bellows Falls, VT 05101** |
| **Maverick Investment Coporation**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Virtuoso Sourcing Group**<br>**PO Box 5818**<br>**Denver, CO 80217-5818** |
| **Montana Dev LLC**<br>**8787 Shelbyville Road**<br>**Indianapolis, IN 46237** | **First Merchants Bank**<br>**Trafalgar Banking Center**<br>**PO Box 792**<br>**Muncie, IN 47308** |
| **Montana Dev LLC**<br>**8787 Shelbyville Road**<br>**Indianapolis, IN 46237** | **Larry Walker**<br>**8787 Shelbyville Road**<br>**Indianapolis, IN 46237** |
| **Tech Med Industries, LP**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Marion County Civil Sheriff**<br>**200 E. Washington Street #1100**<br>**Indianapolis, IN 46204** |
| **Tech Med Industries, LP**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Marion County Civil Sheriff**<br>**C/O American Financial Credit**<br>**10333 N. Meridian Street #270**<br>**Indianapolis, IN 46290-1144** |

Sheet  **6**  of  **13**  continuation sheets attached to the Schedule of Codebtors

In re    **Richard L. Sapp, Jr.**                                          ,    Case No. _____

                                        Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Tech Med Industries, LP**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **The Huntington National Bank**<br>**C/O Bose, McKinney & Evans**<br>**111 Monument Circle #2700**<br>**Indianapolis, IN 46204** |
| **Tech Med Industries, LP**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Emerson Industrial Bldg II**<br>**5602 Elmwood Avenue #205**<br>**Indianapolis, IN 46203** |
| **Tech Med Industries, LP**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **System One International**<br>**7509 Yardley Way**<br>**Tampa, FL 33647** |
| **Tech Med Industries, LP**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **System One International**<br>**C/O Action Debt Recovery**<br>**PO Box 16725**<br>**Tampa, FL 33687-6725** |
| **Tech Med Industries, LP**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Airgas Mid America**<br>**PO Box 1117**<br>**Bowling Green, KY 42102-1117** |
| **Tech Med Industries, LP**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **American Express**<br>**C/O NCO Financial Systems, Inc.**<br>**507 Prudential Road**<br>**Horsham, PA 19044** |
| **Tech Med Industries, LP**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **American Express**<br>**C/O NCO Financial Systems, Inc.**<br>**PO Box 15773**<br>**Wilmington, DE 19850** |
| **Tech Med Industries, LP**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Companion Property & Casualty**<br>**C/O Allied Interstate**<br>**12655 N. Central Expressway**<br>**Dallas, TX 75243** |
| **Tech Med Industries, LP**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Freedom Medical**<br>**C/O Allen Maxwell & Silver**<br>**190 Sylvan Avenue**<br>**Englewood Cliffs, NJ 07632** |
| **Tech Med Industries, LP**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Elsevier Inc.**<br>**C/O Allen Maxwell & Silver**<br>**190 Sylvan Avenue**<br>**Englewood Cliffs, NJ 07632** |
| **Tech Med Industries, LP**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Marion County Treasurer**<br>**C/O American Financial Credit**<br>**10333 N. Meridian Street #270**<br>**Indianapolis, IN 46290-1144** |

Sheet __7__ of __13__ continuation sheets attached to the Schedule of Codebtors

In re   **Richard L. Sapp, Jr.**                     ,        Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Tech Med Industries, LP**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Cach, LLC/MBNA America**<br>**C/O Law Office of David Dufek**<br>**2655 Camino Del Rio North #110**<br>**San Diego, CA 92108** |
| **Tech Med Industries, LP**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Huntington Merchant Services**<br>**5251 Westheimer Road 6th Floor**<br>**Houston, TX 77056** |
| **Tech Med Industries, LP**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **American Academy of Pediatrics**<br>**37925 Eagle Way**<br>**Chicago, IL 60678-1379** |
| **Tech Med Industries, LP**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Dell Preferred Account**<br>**Payment Processing Center**<br>**PO Box 5292**<br>**Carol Stream, IL 60197** |
| **Tech Med Industries, LP**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Dell Preferred Account**<br>**Payment Processing Center**<br>**PO Box 5292**<br>**Carol Stream, IL 60197** |
| **Tech Med Industries, LP**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **AT&T**<br>**C/O First Revenue Assurance**<br>**PO Box 5818**<br>**Denver, CO 80217** |
| **Tech Med Industries, LP**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **AT&T**<br>**PO Box 8100**<br>**Aurora, IL 60507-8100** |
| **Tech Med Industries, LP**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Mada Medical Products & Subsidary**<br>**C/O Avadanian & Adler**<br>**6001 Broken Sound Pkwy NW #404**<br>**Boca Raton, FL 33487-2754** |
| **Tech Med Industries, LP**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **B Braun Medical**<br>**PO Box 512382**<br>**Philadelphia, PA 19175-2382** |
| **Tech Med Industries, LP**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **B Braun Medical**<br>**C/O Rubin & Levin, P.C.**<br>**342 Massachusetts Ave #500**<br>**Indianapolis, IN 46204-2161** |
| **Tech Med Industries, LP**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Gemini Insurance Co.**<br>**475 Steamboat Road**<br>**Greenwich, CT 06830** |

Sheet __**8**__ of __**13**__ continuation sheets attached to the Schedule of Codebtors

In re    **Richard L. Sapp, Jr.**                                                    ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Tech Med Industries, LP**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Gemini Insurance Co.**<br>**C/O Brennan & Clark Ltd.**<br>**721 E. Madison #200**<br>**Villa Park, IL 60181** |
| **Tech Med Industries, LP**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Cardiac Science**<br>**PO Box 120587, Dept 0587**<br>**Dallas, TX 75312-0587** |
| **Tech Med Industries, LP**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Cardiac Science**<br>**C/O Industrial Credit Service**<br>**PO Box 4149**<br>**Bellevue, WA 98009** |
| **Tech Med Industries, LP**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **CareFusion**<br>**17400 Medina Road #100**<br>**Plymouth, MN 55447** |
| **Tech Med Industries, LP**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Mallinckrodt**<br>**675 McDonnell Blvd.**<br>**Saint Louis, MO 63134** |
| **Tech Med Industries, LP**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Mallinckrodt**<br>**C/O CBF Commercial Collections**<br>**PO Box 901519**<br>**Kansas City, MO 69190-1510** |
| **Tech Med Industries, LP**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Citizens Gas**<br>**PO Box 7056**<br>**Indianapolis, IN 46207** |
| **Tech Med Industries, LP**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Progressive Medical Inc.**<br>**2460 Ash Street**<br>**Vista, CA 92081** |
| **Tech Med Industries, LP**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Progressive Medical Inc.**<br>**C/O Commercial Recovery Services**<br>**PO Box 59104**<br>**Dallas, TX 75229** |
| **Tech Med Industries, LP**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Criticare Systems, Inc.**<br>**Lockbox #774498**<br>**4498 Solutions Center**<br>**Chicago, IL 60677-4004** |
| **Tech Med Industries, LP**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Dukal Corp**<br>**Chase Lock Box 035665**<br>**Newark, NJ 07193** |
| **Tech Med Industries, LP**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Dynovex Corp.**<br>**10 Glenshaw Street**<br>**Orangeburg, NY 10962** |

Sheet   __9__   of   __13__   continuation sheets attached to the Schedule of Codebtors

In re    __Richard L. Sapp, Jr._____,    Case No. _____

                                         Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Tech Med Industries, LP**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Dynovex Corp.**<br>**C/O Thomas George Assoc. Ltd.**<br>**PO Box 30**<br>**East Northport, NY 11731-0030** |
| **Tech Med Industries, LP**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Southern Scavenger**<br>**4467 W. County Line Road**<br>**Greenwood, IN 46142** |
| **Tech Med Industries, LP**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Southern Scavenger**<br>**C/O General Credit Services**<br>**PO Box 749**<br>**Carmel, IN 46032-0749** |
| **Tech Med Industries, LP**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **John Hancock**<br>**601 Congress Street**<br>**Boston, MA 02210** |
| **Tech Med Industries, LP**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **HP Products**<br>**4220 Saguaro Trail**<br>**Indianapolis, IN 46268** |
| **Tech Med Industries, LP**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Impact Instrumentation Inc.**<br>**27 Fairfield Road**<br>**Caldwell, NJ 07006** |
| **Tech Med Industries, LP**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Indianapolis Power & Light**<br>**PO Box 110**<br>**Indianapolis, IN 46206-0110** |
| **Tech Med Industries, LP**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Indiana Chamber of Commerce**<br>**115 W. Washington Street #850 South**<br>**Indianapolis, IN 46204** |
| **Tech Med Industries, LP**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Insource, Inc.**<br>**80 Summit View Lane**<br>**Bastian, VA 24314** |
| **Tech Med Industries, LP**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Insource, Inc.**<br>**C/O Juliana G. Robertson**<br>**7915 S. Emerson Avenue #B-230**<br>**Indianapolis, IN 46237** |
| **Tech Med Industries, LP**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Katz, Sapper & Miller**<br>**PO Box 7096, Dept 235**<br>**Indianapolis, IN 46206-7096** |
| **Tech Med Industries, LP**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Konica Minolta**<br>**PO Box 550559**<br>**Jacksonville, FL 32255-0599** |

Sheet __10__ of __13__ continuation sheets attached to the Schedule of Codebtors

In re   **Richard L. Sapp, Jr.**                                ,     Case No. _____

                                        Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Tech Med Industries, LP<br>5230 Park Emerson Drive #C<br>Indianapolis, IN 46203** | **Labsco<br>250 Ottawa Avenue<br>Louisville, KY 40209** |
| **Tech Med Industries, LP<br>5230 Park Emerson Drive #C<br>Indianapolis, IN 46203** | **Mail Finance<br>478 Wheelers Farms Road<br>Milford, CT 06461** |
| **Tech Med Industries, LP<br>5230 Park Emerson Drive #C<br>Indianapolis, IN 46203** | **McAfee<br>PO Box 60157<br>Los Angeles, CA 90060-0157** |
| **Tech Med Industries, LP<br>5230 Park Emerson Drive #C<br>Indianapolis, IN 46203** | **Regions Bank<br>C/O NCO Financial Systems, Inc.<br>PO Box 15630, Dept 99<br>Wilmington, DE 19850** |
| **Tech Med Industries, LP<br>5230 Park Emerson Drive #C<br>Indianapolis, IN 46203** | **Med-Tech Resource, Inc.<br>29485 Airport Road<br>Eugene, OR 97402** |
| **Tech Med Industries, LP<br>5230 Park Emerson Drive #C<br>Indianapolis, IN 46203** | **Med-Tech Resource Inc.<br>C/O RMS<br>PO Box 509<br>Richfield, OH 44286** |
| **Tech Med Industries, LP<br>5230 Park Emerson Drive #C<br>Indianapolis, IN 46203** | **Microtek Medical<br>PO Box 911633 File #4033P<br>Dallas, TX 75391-1633** |
| **Tech Med Industries, LP<br>5230 Park Emerson Drive #C<br>Indianapolis, IN 46203** | **Moore Medical<br>PO Box 4066<br>Farmington, CT 06032-4066** |
| **Tech Med Industries, LP<br>5230 Park Emerson Drive #C<br>Indianapolis, IN 46203** | **Morrison Medical<br>3735 Paragon Drive<br>Columbus, OH 43228** |
| **Tech Med Industries, LP<br>5230 Park Emerson Drive #C<br>Indianapolis, IN 46203** | **Neopost Leasing<br>PO Box 30193<br>Tampa, FL 33630-3193** |
| **Tech Med Industries, LP<br>5230 Park Emerson Drive #C<br>Indianapolis, IN 46203** | **Neopost Leasing<br>PO Box 45840<br>San Francisco, CA 94145-0840** |
| **Tech Med Industries, LP<br>5230 Park Emerson Drive #C<br>Indianapolis, IN 46203** | **Office Depot Credit Plan<br>PO Box 689020<br>Des Moines, IA 50368-9020** |

Sheet  **11**  of  **13**  continuation sheets attached to the Schedule of Codebtors

In re   **Richard L. Sapp, Jr.**                          ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Tech Med Industries, LP**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Office Depot Credit Plan**<br>**C/O Pro Consulting Services**<br>**PO Box 66510**<br>**Houston, TX 77266-6510** |
| **Tech Med Industries, LP**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Old Dominion Freight Line Inc.**<br>**3915 W. Morris Street**<br>**Indianapolis, IN 46241** |
| **Tech Med Industries, LP**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Old Dominion Freight Line Inc.**<br>**C/O McCarthy, Burgess, Wolff**<br>**26000 Cannon Road**<br>**Cleveland, OH 44146** |
| **Tech Med Industries, LP**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Pelican Products**<br>**23215 Early Avenue**<br>**Torrance, CA 90505** |
| **Tech Med Industries, LP**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Pelican Products**<br>**C/O Caine & Weber**<br>**PO Box 5010**<br>**Woodland Hills, CA 91365-5010** |
| **Tech Med Industries, LP**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Post Medical Inc.**<br>**908 Victoria Landing Drive**<br>**Woodstock, GA 30189** |
| **Tech Med Industries, LP**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Repo-Med Systems, Inc.**<br>**24 Carpenter Road**<br>**Chester, NY 10918** |
| **Tech Med Industries, LP**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Physio-Control, Inc.**<br>**11811 Willows Road NE**<br>**Redmond, WA 98052** |
| **Tech Med Industries, LP**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Physio-Control, Inc.**<br>**C/O Rubin & Levin, P.C.**<br>**342 Massachusetts Ave #500**<br>**Indianapolis, IN 46204-2161** |
| **Tech Med Industries, LP**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Sam Medical Products**<br>**PO Box 3270**<br>**Tualatin, OR 97062** |
| **Tech Med Industries, LP**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Henry Schein**<br>**135 Duryea Road**<br>**Melville, NY 11747** |
| **Tech Med Industries, LP**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **ADT Security Systems**<br>**C/O SKO Brenner American**<br>**PO Box 9320**<br>**Baldwin, NY 11510** |

Sheet __12__ of __13__ continuation sheets attached to the Schedule of Codebtors

In re    **Richard L. Sapp, Jr.**                                                    ,    Case No. _____

_____
                                                Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Tech Med Industries, LP**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Smith Works Medical Inc.**<br>**PO Box 905**<br>**Lindale, TX 75771** |
| **Tech Med Industries, LP**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Smith's Medical ASD, Inc.**<br>**PO Box 7247-7784**<br>**Philadelphia, PA 19170-7784** |
| **Tech Med Industries, LP**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **TW Medical**<br>**3610 Lohman Ford Road**<br>**Lago Vista, TX 78645** |
| **Tech Med Industries, LP**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Vermed Inc.**<br>**9 Lovell Drive**<br>**Bellows Falls, VT 05101** |
| **Tech Med Industries, LP**<br>**5230 Park Emerson Drive #C**<br>**Indianapolis, IN 46203** | **Virtuoso Sourcing Group**<br>**PO Box 5818**<br>**Denver, CO 80217-5818** |

Sheet    **13**    of    **13**    continuation sheets attached to the Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re  **Richard L. Sapp, Jr.** _____  Case No. _____
                                    Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**No Dependents** | AGE(S):<br>**-** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | **Cancer Care Guide** |
| Name of Employer | **Unemployed** | **IU Health** |
| How long employed | | **Since 8/2003** |
| Address of Employer | | **Indianapolis, IN** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ 6,534.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 6,534.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes and social security | $ 0.00 | $ 899.00 |
|     b. Insurance | $ 0.00 | $ 436.00 |
|     c. Union dues | $ 0.00 | $ 0.00 |
|     d. Other (Specify):  **401(K)** | $ 0.00 | $ 1,110.74 |
| | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 2,445.74 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 4,088.26 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance | | |
| (Specify):  **Long Term Disability (Received Monthly)** | $ 2,266.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income | | |
| (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 2,266.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 2,266.00 | $ 4,088.26 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 6,354.26 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re    **Richard L. Sapp, Jr.**                                                    Case No. _____

_____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 250.00 |
| a. Are real estate taxes included? | Yes ___    No **X** | |
| b. Is property insurance included? | Yes ___    No **X** | |
| 2. Utilities:    a. Electricity and heating fuel | | $ 150.00 |
| b. Water and sewer | | $ 65.00 |
| c. Telephone | | $ 80.00 |
| d. Other   **Internet & Cable** | | $ 120.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 235.00 |
| 4. Food | | $ 645.00 |
| 5. Clothing | | $ 175.00 |
| 6. Laundry and dry cleaning | | $ 45.00 |
| 7. Medical and dental expenses | | $ 165.00 |
| 8. Transportation (not including car payments) | | $ 345.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 140.00 |
| 10. Charitable contributions | | $ 180.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | $ 78.00 |
| b. Life | | $ 300.00 |
| c. Health | | $ 0.00 |
| d. Auto | | $ 115.00 |
| e. Other   **Cancer Insurance/Short Term Disability** | | $ 150.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)   **See Detailed Expense Attachment** | | $ 551.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | | $ 473.00 |
| b. Other   **Wife's Credit Card Payments** | | $ 900.00 |
| c. Other   **Taxes on Dis. Payments** | | $ 430.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other   **Auto Repair, Cat Grooming, Misc. Expenses, Dental Services** | | $ 378.00 |
| Other | | $ 0.00 |

| | |
|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 5,970.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a.    Average monthly income from Line 15 of Schedule I | $ 6,354.26 |
| b.    Average monthly expenses from Line 18 above | $ 5,970.00 |
| c.    Monthly net income (a. minus b.) | $ 384.26 |

**B6J (Official Form 6J) (12/07)**

In re    **Richard L. Sapp, Jr.**                                                                    Case No. _____
                          Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Specific Tax Expenditures:**

| | | |
|---|---|---|
| **Property Taxes** | $ | **151.00** |
| **Installment for Taxes** | $ | **400.00** |
| **Total Tax Expenditures** | $ | **551.00** |

# United States Bankruptcy Court
## Southern District of Indiana

In re    **Richard L. Sapp, Jr.**

Debtor(s)

Case No.

Chapter    **7**

# BUSINESS INCOME AND EXPENSES

**FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS**  (NOTE: ONLY INCLUDE information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**

1. Gross Income For 12 Months Prior to Filing:    $    **0.00**

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**

2. Gross Monthly Income    $    **0.00**

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**

3. Net Employee Payroll (Other Than Debtor)    $    **0.00**

4. Payroll Taxes    **0.00**

5. Unemployment Taxes    **0.00**

6. Worker's Compensation    **0.00**

7. Other Taxes    **0.00**

8. Inventory Purchases (Including raw materials)    **0.00**

9. Purchase of Feed/Fertilizer/Seed/Spray    **0.00**

10. Rent (Other than debtor's principal residence)    **0.00**

11. Utilities    **0.00**

12. Office Expenses and Supplies    **0.00**

13. Repairs and Maintenance    **0.00**

14. Vehicle Expenses    **0.00**

15. Travel and Entertainment    **0.00**

16. Equipment Rental and Leases    **0.00**

17. Legal/Accounting/Other Professional Fees    **0.00**

18. Insurance    **0.00**

19. Employee Benefits (e.g., pension, medical, etc.)    **0.00**

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

DESCRIPTION    TOTAL

21. Other (Specify):

DESCRIPTION    TOTAL

22. Total Monthly Expenses (Add items 3-21)    $    **0.00**

**PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:**

23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2)    $    **0.00**

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Indiana

In re    **Richard L. Sapp, Jr.**                            Case No. _____

                                 Debtor(s)              Chapter     **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

         I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **46**    sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **November 11, 2011**                 Signature    **/s/ Richard L. Sapp, Jr.** _____

                                                  **Richard L. Sapp, Jr.**

                                                  Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Southern District of Indiana

In re    **Richard L. Sapp, Jr.** _____     Case No. _____
                                                    Debtor(s)                      Chapter    **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Chase Bank** | **Describe Property Securing Debt:**<br>**Location: 8705 Maple View Drive, Indianapolis IN 46217  (3 BR, 2 BA, 1 Story ranch house w/partial basement on less than an acre, 2 Car attached garage)  (Note:  Residence is owned by debtor's spouse per deed.** |

Property will be (check one):
☐ Surrendered                ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                ☐ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**First Merchants Bank** | **Describe Property Securing Debt:**<br>**Location: 1150 S. SR 135, Greenwood IN  (Office Building)** |

Property will be (check one):
■ Surrendered                ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                ☐ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                          Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Link Federal Credit Union** | **Describe Property Securing Debt:**<br>**2004 Lexus ES 330 jointly owned with wife.  (81,000 Miles)** |

Property will be (check one):
☐ Surrendered        ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                          ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES        ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **November 11, 2011**                    Signature  **/s/ Richard L. Sapp, Jr.**
                                                             **Richard L. Sapp, Jr.**
                                                             Debtor

# United States Bankruptcy Court
## Southern District of Indiana

In re    **Richard L. Sapp, Jr.**                                                                          Case No.
                                                    Debtor(s)                    Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **2,500.00** |
| Prior to the filing of this statement I have received | $ | **2,500.00** |
| Balance Due | $ | **0.00** |

2.  $ **306.00** of the filing fee has been paid.

3.  $ **50.00** Credit Counseling Fees paid.

4.  The source of the compensation paid to me was:
    ☒ Debtor        ☐ Other (specify):

5.  The source of compensation to be paid to me is:
    ☒ Debtor        ☐ Other (specify):

6.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

7.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

8.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Anything outside the preparation of the case and the First Meeting of Creditors.**

| CERTIFICATION |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.<br><br>Dated: _____          _____<br>                                                 **Rodger K. Hendershot 10591-49**<br>                                                 **Attorney at Law**<br>                                                 **8810 Rohan Court**<br>                                                 **Indianapolis, IN 46278**<br>                                                 **317-293-9780** |

B 201A (Form 201A) (11/11)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total Fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $46 administrative fee: Total Fee $1046)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total Fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Southern District of Indiana

In re  **Richard L. Sapp, Jr.** _____  Case No. _____

Debtor(s)  Chapter  **7** _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | | |
|---|---|---|
| **Richard L. Sapp, Jr.** | X **/s/ Richard L. Sapp, Jr.** | **November 11, 2011** |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| Case No. (if known) _____ | X _____ | |
| | Signature of Joint Debtor (if any) | Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Southern District of Indiana

In re   **Richard L. Sapp, Jr.**                      Case No.
                                             Debtor(s)         Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **November 11, 2011**                       **/s/ Richard L. Sapp, Jr.**
                                             **Richard L. Sapp, Jr.**
                                             Signature of Debtor

Richard L. Sapp, Jr.
8705 Maple View Drive
Indianapolis, IN  46217


Roger K. Hendershot
Attorney at Law
8810 Rohan Court
Indianapolis, IN  46278


ADT Security Systems
C/O SKO Brenner American
PO Box 9320
Baldwin, NY 11510


Airgas Mid America
PO Box 1117
Bowling Green, KY 42102-1117


American Academy of Pediatrics
37925 Eagle Way
Chicago, IL 60678-1379


American Express
C/O NCO Financial Systems, Inc.
507 Prudential Road
Horsham, PA 19044


American Express
C/O NCO Financial Systems, Inc.
PO Box 15773
Wilmington, DE 19850


AT&T
C/O First Revenue Assurance
PO Box 5818
Denver, CO 80217


AT&T
PO Box 8100
Aurora, IL 60507-8100

B Braun Medical
PO Box 512382
Philadelphia, PA 19175-2382


B Braun Medical
C/O Rubin & Levin, P.C.
342 Massachusetts Ave #500
Indianapolis, IN 46204-2161


Bank of America
PO Box 851001
Dallas, TX 75285


Cach, LLC/MBNA America
C/O Law Office of David Dufek
2655 Camino Del Rio North #110
San Diego, CA 92108


Cardiac Science
PO Box 120587, Dept 0587
Dallas, TX 75312-0587


Cardiac Science
C/O Industrial Credit Service
PO Box 4149
Bellevue, WA 98009


CareFusion
17400 Medina Road #100
Plymouth, MN 55447


Chase
Cardmember Services
PO Box 94014
Palatine, IL 60094-4014


Chase
C/O UTD Collection Bureau
PO Box 1418
Maumee, OH 43537


Chase
C/O Nationwide Credit
2002 Summit Blvd. #600
Atlanta, GA 30319-1559

Chase Bank
PO Box 9001020
Louisville, KY 40290


Citizens Gas
PO Box 7056
Indianapolis, IN 46207


Companion Property & Casualty
C/O Allied Interstate
12655 N. Central Expressway
Dallas, TX 75243


Criticare Systems, Inc.
Lockbox #774498
4498 Solutions Center
Chicago, IL 60677-4004


Dell Preferred Account
Payment Processing Center
PO Box 5292
Carol Stream, IL 60197


Dukal Corp
Chase Lock Box 035665
Newark, NJ 07193


Dynovex Corp.
10 Glenshaw Street
Orangeburg, NY 10962


Dynovex Corp.
C/O Thomas George Assoc. Ltd.
PO Box 30
East Northport, NY 11731-0030


Elsevier Inc.
C/O Allen Maxwell & Silver
190 Sylvan Avenue
Englewood Cliffs, NJ 07632

Emerson Industrial Bldg II
5602 Elmwood Avenue #205
Indianapolis, IN 46203


FIA Card Services
Payment Processing Center
PO Box 15137
Wilmington, DE 19850


FIA Card Services
C/O Encore Management
PO Box 3330
Olathe, KS 66063-3330


First Merchants Bank
Trafalgar Banking Center
PO Box 792
Muncie, IN 47308


Freedom Medical
C/O Allen Maxwell & Silver
190 Sylvan Avenue
Englewood Cliffs, NJ 07632


Gemini Insurance Co.
475 Steamboat Road
Greenwich, CT 06830


Gemini Insurance Co.
C/O Brennan & Clark Ltd.
721 E. Madison #200
Villa Park, IL 60181


Henry Schein
135 Duryea Road
Melville, NY 11747


HP Products
4220 Saguaro Trail
Indianapolis, IN 46268


Huntington Merchant Services
5251 Westheimer Road 6th Floor
Houston, TX 77056

Impact Instrumentation Inc.
27 Fairfield Road
Caldwell, NJ 07006


Indiana Chamber of Commerce
115 W. Washington Street #850 South
Indianapolis, IN 46204


Indiana Department of Revenue
100 N. Senate Ave. Rm N203 Bankruptcy
Indianapolis, IN 46204


Indianapolis Power & Light
PO Box 110
Indianapolis, IN 46206-0110


Insource, Inc.
80 Summit View Lane
Bastian, VA 24314


Insource, Inc.
C/O Juliana G. Robertson
7915 S. Emerson Avenue #B-230
Indianapolis, IN 46237


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
575 N. Pennsylvania Street
Stop SB380
Indianapolis, IN 46204


John Hancock
601 Congress Street
Boston, MA 02210

Katz, Sapper & Miller
PO Box 7096, Dept 235
Indianapolis, IN 46206-7096


Konica Minolta
PO Box 550559
Jacksonville, FL 32255-0599


Labsco
250 Ottawa Avenue
Louisville, KY 40209


Larry Walker
8787 Shelbyville Road
Indianapolis, IN 46237


Link Federal Credit Union
5212 Rockville Road
Indianapolis, IN 46224


Mada Medical Products & Subsidary
C/O Avadanian & Adler
6001 Broken Sound Pkwy NW #404
Boca Raton, FL 33487-2754


Mail Finance
478 Wheelers Farms Road
Milford, CT 06461


Mallinckrodt
675 McDonnell Blvd.
Saint Louis, MO 63134


Mallinckrodt
C/O CBF Commercial Collections
PO Box 901519
Kansas City, MO 69190-1510


Marion County Civil Sheriff
200 E. Washington Street #1100
Indianapolis, IN 46204

Marion County Civil Sheriff
C/O American Financial Credit
10333 N. Meridian Street #270
Indianapolis, IN 46290-1144


Marion County Treasurer
C/O American Financial Credit
10333 N. Meridian Street #270
Indianapolis, IN 46290-1144


Maverick Investment Coporation
5230 Park Emerson Drive #C
Indianapolis, IN 46203


McAfee
PO Box 60157
Los Angeles, CA 90060-0157


Med-Tech Resource Inc.
C/O RMS
PO Box 509
Richfield, OH 44286


Med-Tech Resource, Inc.
29485 Airport Road
Eugene, OR 97402


Microtek Medical
PO Box 911633 File #4033P
Dallas, TX 75391-1633


Montana Dev LLC
8787 Shelbyville Road
Indianapolis, IN 46237


Moore Medical
PO Box 4066
Farmington, CT 06032-4066

Morrison Medical
3735 Paragon Drive
Columbus, OH 43228


Neopost Leasing
PO Box 30193
Tampa, FL 33630-3193


Neopost Leasing
PO Box 45840
San Francisco, CA 94145-0840


Office Depot Credit Plan
PO Box 689020
Des Moines, IA 50368-9020


Office Depot Credit Plan
C/O Pro Consulting Services
PO Box 66510
Houston, TX 77266-6510


Old Dominion Freight Line Inc.
3915 W. Morris Street
Indianapolis, IN 46241


Old Dominion Freight Line Inc.
C/O McCarthy, Burgess, Wolff
26000 Cannon Road
Cleveland, OH 44146


Pelican Products
23215 Early Avenue
Torrance, CA 90505


Pelican Products
C/O Caine & Weber
PO Box 5010
Woodland Hills, CA 91365-5010


Physio-Control, Inc.
11811 Willows Road NE
Redmond, WA 98052

Physio-Control, Inc.
C/O Rubin & Levin, P.C.
342 Massachusetts Ave #500
Indianapolis, IN 46204-2161


Post Medical Inc.
908 Victoria Landing Drive
Woodstock, GA 30189


Progressive Medical Inc.
2460 Ash Street
Vista, CA 92081


Progressive Medical Inc.
C/O Commercial Recovery Services
PO Box 59104
Dallas, TX 75229


Regions
FIA Card Services
PO Box 15710
Wilmington, DE 19886-5710


Regions Bank
C/O NCO Financial Systems, Inc.
PO Box 15630, Dept 99
Wilmington, DE 19850


Repo-Med Systems, Inc.
24 Carpenter Road
Chester, NY 10918


Sam Medical Products
PO Box 3270
Tualatin, OR 97062


Smith Works Medical Inc.
PO Box 905
Lindale, TX 75771

Smith's Medical ASD, Inc.
PO Box 7247-7784
Philadelphia, PA 19170-7784


Southern Scavenger
4467 W. County Line Road
Greenwood, IN 46142


Southern Scavenger
C/O General Credit Services
PO Box 749
Carmel, IN 46032-0749

System One International
7509 Yardley Way
Tampa, FL 33647


System One International
C/O Action Debt Recovery
PO Box 16725
Tampa, FL 33687-6725


Tech Med Industries, LP
5230 Park Emerson Drive #C
Indianapolis, IN 46203


The Huntington National Bank
C/O Bose, McKinney & Evans
111 Monument Circle #2700
Indianapolis, IN 46204


TW Medical
3610 Lohman Ford Road
Lago Vista, TX 78645


Vermed Inc.
9 Lovell Drive
Bellows Falls, VT 05101


Vermed Inc.
C/O Utd. Fidelity
3699 NE Renar Avenue
Jensen Beach, FL 34957

```
Virtuoso Sourcing Group
PO Box 5818
Denver, CO 80217-5818
```